**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7071**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

JERMAINE LAMONT WOOD,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Senior
District Judge.  (3:99-cr-00144-JRS-1)

_____

Submitted:  November 20, 2014       Decided:  November 25, 2014

_____

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jermaine Lamont Wood, Appellant Pro Se.  Peter Sinclair Duffey,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Lamont Wood appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wood, No. 3:99-cr-00144-JRS-1 (E.D. Va. June 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED